**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**COVINGTON**

Eastern District of Kentucky
FILED
NOV 12 2026
AT COVINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

**UNITED STATES OF AMERICA**

**V.** **INDICTMENT NO.** 26-80-DLB-CJS
**18 U.S.C. § 922(g)(1)**

**MACKENNA C. CASEY**

* * * * *

**THE GRAND JURY CHARGES:**

On or about July 2, 2026, in Boone County, in the Eastern District of Kentucky,

**MACKENNA C. CASEY,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, that is, a Glock, Model 22, .40 caliber pistol bearing serial number ABEP692, and the firearm was in and affecting commerce, in violation of 18 U.S.C. § 922(g)(1).

**FORFEITURE ALLEGATION**
**18 U.S.C. § 924(d)**
**28 U.S.C. § 2461**

1. By virtue of the commission of the offense alleged in this Indictment, **MACKENNA C. CASEY** shall forfeit to the United States any and all firearms and ammunition involved in or used, or intending to be used, in the violation of 18 U.S.C. § 922. Any and all interest that **MACKENNA C. CASEY** has in this property is vested in and forfeited to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461.

2. The property to be forfeited includes, but is not limited to, the following:

**FIREARM AND AMMUNITION:**

a. Glock, Model 22, .40 caliber pistol bearing serial number ABEP692; and

b. All associated ammunition.

**A TRUE BILL**

[redacted]

**JASON D. PARMAN**
**UNITED STATES ATTORNEY**

**JOEL KING**
**ASSISTANT UNITED STATES ATTORNEY**

# PENALTIES

Not more than 15 years imprisonment, a $250,000 fine, and 3 years of supervised release.

**PLUS:** Mandatory special assessment of $100.

**PLUS:** Restitution, if applicable.

**PLUS:** Forfeiture of all listed property.